In the Matter of the Probate of the Will of ELIZABETH CASHMAN, Deceased.

HELEN E. WEINER, Appellant; HENRY G. PARRY et al., Respondents.

Argued March 7, 1939; decided April 11, 1939.

*Henry Hirschberg* for appellant.

*George F. Kaufman* and *Philip Rorty* for respondents.

Order affirmed, with costs to all parties appearing separately and filing briefs, payable out of the estate. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.